UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TERESA BRUGLIERA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 07-40323-JLT |
| | * | |
| COMMISSIONER OF MASSACHUSETTS | * | |
| DEPARTMENT OF CORRECTION, | * | |
| | * | |
| Defendant. | * | |

ORDER

September 28, 2010

TAURO, J.

After reviewing the Parties' Joint Status Report [#76], this court hereby orders that by October 27, 2010, the Parties will report to the court as to whether they have reached a settlement agreement.

IT IS SO ORDERED.

 /s/ Joseph L. Tauro
United States District Judge